```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

In Re: Gerald Roya

Case No. 1:20-mc-20-LM

NOTICE OF PROVISIONAL SEAL

The above noted matter has been provisionally sealed pending your review.  If a motion to seal in accordance with the provisions of LR 83.12 is not filed by Tuesday, February 25, 2020, the case will be unsealed.

Daniel J. Lynch
Clerk of Court

Date: February 14, 2020

Cc: Donald A. Kennedy, Esquire